UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Artease D. Coley
                                  Plaintiff,

v.                                                                     Case No.: 1:22–cv–05904
                                                                      Honorable Franklin U. Valderrama

Kellermeyer Bergensons Services, LLC
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 9, 2023:

       MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' stipulation to dismiss [18]. Pursuant to the stipulation of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice and with each party to bear their own attorney's fees, costs and expenses. All pending deadlines are stricken. Civil case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.